MATTLEMAN, WEINROTH & MILLER
BY: ADAM R. ELGART, Esquire
Attorney I.D. No. 70101
401 Route 70 East, Suite 100
Cherry Hill, NJ 08034
(856) 429-5507
*Attorneys for Citizens Bank, N.A. f/k/a Citizens Bank of Pennsylvania*
*File no. 2900.98577*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>**JUANITA COOPER,**<br><br>**Debtor.** | :<br>:<br>:<br>:<br>: | CHAPTER 13 PROCEEDING<br><br>CASE NO. 18-15968 JKF |
|---|---|---|
| **CITIZENS BANK NA F/K/A RBS CITIZENS NA,**<br><br>**Creditor,**<br><br>**vs.**<br><br>**WILLIAM MILLER,**<br>**Trustee,**<br>**Respondent(s).** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | |

### CERTIFICATION OF SERVICE

I, ADAM R. ELGART, Esquire, counsel for Citizens Bank, N.A. f/k/a RBS Citizens N.A., hereby certify that a copy of the foregoing Objection to Final Confirmation of Chapter 13 Plan was served upon the following parties via the method set forth below this 18th day of October, 2018:

*Debtor:*
Juanita Cooper
97 E. Duval Street
Philadelphia, PA 19144
*Via U.S. First Class Mail*

*Counsel for Debtor:*
Brad J. Sadek
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
*Via ECF Notification & First Class Mail*

*Trustee:*
WILLIAM MILLER, Esq.
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
*Via ECF Notification & First Class Mail*

                                              MATTLEMAN, WEINROTH & MILLER

Dated: October 18, 2018                               BY:  */s/ Adam R. Elgart*
                                                             Adam R. Elgart, Esquire
                                                             Counsel for Citizens Bank, N.A. f/k/a
                                                             RBS Citizens N.A.