United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-15968-jkf
Juanita Cooper                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Jennifer              Page 1 of 2               Date Rcvd: Feb 27, 2019
                              Form ID: pdf900             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2019.
```
db            +Juanita Cooper,    97 E. Duval St.,    Philadelphia, PA 19144-1921
14194023      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14194036      +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
14194037       Law Office of Gregory Javardian, LLC,     1510 Industrial Boulevard,    1st Floor, Suite 101,
                Southampton, PA 18966
14229358       Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
14194039       Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14272934       U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                Harrisburg, PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Feb 28 2019 02:40:04      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 28 2019 02:39:46      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2019 02:45:12      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14230215       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2019 02:43:59
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
14194022       Fax: 888-777-2057 Feb 28 2019 02:46:41      CCO Mortgage Corp.,    Attn: Bankruptcy,
                10561 Telegraph Rd,    Glen Allen, VA 23059
14278709       E-mail/Text: megan.harper@phila.gov Feb 28 2019 02:40:04      City of Philadelphia,
                Law Department   Tax & Revenue Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
14194021      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 28 2019 02:45:14      Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14209454       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 28 2019 02:43:57
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14195126      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2019 02:44:34
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14213217       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 28 2019 02:39:28
                Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                Harrisburg PA  17128-0946
14216740      +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 28 2019 02:39:42      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14194038      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 28 2019 02:43:57      Regional Acceptance Co,
                Attn: Bankruptcy,    1424 E Firetower Rd,    Greenville, NC 27858-4105
14219561       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 28 2019 02:43:57      Regional Acceptance Corporation,
                PO Box 1847,    Wilson, NC 27894-1847
                                                                                              TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14229345       Citizens Bank, N.A f/k/a RBS Citizens N.A
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
14194024*     +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14194025*     +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14194026*     +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14194027*     +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14194028*     +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14194029*     +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14194030*     +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14194031*     +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14194032*     +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14194033*     +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14194034*     +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14194035*     +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
                                                                                   TOTALS: 1, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: Jennifer                 Page 2 of 2                   Date Rcvd: Feb 27, 2019
                               Form ID: pdf900                Total Noticed: 20
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2019                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2019 at the address(es) listed below:
              ADAM R. ELGART    on behalf of Creditor    Citizens Bank, N.A. f/k/a Citizens Bank of Pennsylvania
               aelgart@mwm-law.com, mip@mwm-law.com
              BRAD J. SADEK    on behalf of Debtor Juanita  Cooper brad@sadeklaw.com, bradsadek@gmail.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT    WATERMAN ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              ROBERT WINFIELD WILLIAMS    on behalf of Creditor    CITIZENS BANK NA f/k/a RBS CITIZENS NA
               bankruptcy@mwm-law.com
              SCOTT    WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          Chapter 13

JUANITA COOPER   18-15968-JKF

              Debtor(s)

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: February 27, 2019

                                                  **JEAN K. FITZSIMON**
                                                  **U.S. BANKRUPTCY JUDGE**