IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
|---|---|---|
| Juanita Cooper | : | Chapter 13 |
| | : | |
| | : | Case No. 18-15968JKF |
| Debtor(s) | : | |

## AMENDED CERTIFICATE OF NO RESPONSE

I, Brad J. Sadek, Esquire, hereby certify that neither an objection to the proposed compensation nor an application for administrative expenses has been filed.

Dated: March 27, 2019         /s/ Brad J. Sadek, Esquire
                              Brad J. Sadek, Esquire
                              Sadek and Cooper
                              1315 Walnut Street, Suite 502
                              Philadelphia, PA 19107
                              215-545-0008